IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CR-00202-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOSH GARDNER (2) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the government's motion to dismiss the indictment as to Josh Gardner without prejudice upon the death of the defendant, who was awaiting sentencing. (Doc. No. 63).

**IT IS, THEREFORE, ORDERED** that the indictment, (Doc. Nos. 3, 23), as to this defendant is **DISMISSED** without prejudice.

The Clerk is directed to certify copies of this order to counsel for the defendant, the United States Attorney, the United States Marshals Service, and the United States Probation Office.

Signed: November 9, 2021

Robert J. Conrad, Jr.
United States District Judge